UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

DAVID COCHRAN,

              Plaintiff,

                                                 No. 1:04-cv-666
      v.                             (C.J. Scullin)

GEORGE THOMAIDES, et al,

              Defendants.
_____

APPEARANCES:                         OF COUNSEL

DAVID COCHRAN
Plaintiff pro se

MAYNARD O'CONNOR LAW FIRM      EDWIN J. TOBIN, JR., ESQ.
Attorneys for Defendants

**FREDERICK J. SCULLIN, JR., S.J.:**

### DECISION AND ORDER

    The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed November 30, 2005, and the Court having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said Report-Recommendation having been filed, it is hereby

    **ORDERED,** that the Report-Recommendation of Magistrate Judge Gustave J. DiBianco filed November 30, 2005 is **ACCEPTED** in its

entirety, for the reasons stated therein and it is further

**ORDERED**, that the defendants' motion to dismiss is **DENIED**.

**IT IS SO ORDERED.**

**Dated:** September 19, 2006
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge