# UNITED STATES DISTRICT COURT
Northern District of New York

David Cochran,

           Plaintiff,

vs.

George Thomaides; James Gerace,

           Defendants.

**JUDGMENT IN A CIVIL CASE**

Case number: 1:04-cv-666 (FJS/RFT)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**Decision by Court.** This action came to a trial, hearing or motion before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**:

That the jury finds no cause for action as to the remaining claim of excessive force as to defendants George Thomaides and James Gerace.

All of the above pursuant to a jury verdict rendered on January 18, 2012 before the Hon. Frederick J. Scullin, Jr.

January 18, 2012

Lawrence K. Baerman, Clerk

*Barbara J. Woodford*

By: Barbara J. Woodford
Deputy Clerk